# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CATHY VIGNERI, and RAY VIGNERI,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:05CV68** |
| | ) | |
| v. | ) | |
| | ) | |
| **US BANK NATIONAL ASSOCIATION,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 20 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 20 from the record. The filing party has been instructed to refile the document.

DATED this 23rd day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge