# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CATHY VIGNERI and RAY VIGNERI,** | ) | |
| | ) | |
| Plaintiffs, | ) | **8:05CV68** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **U.S. BANK NATIONAL ASSOCIATION,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiffs' Motion to Amend Complaint (Filing No. 23). The plaintiff attached a copy of the proposed amended complaint to the motion. **See** Filing No. 23, Exhibit. The plaintiffs seek to amend the complaint to add two claims and theories of recovery: conversion and a violation of the Nebraska Uniform Commercial Code. The defendant did not file an opposition to the motion. The Motion to Amend Complaint was timely filed on June 23, 2005. **See** Filing No. 10 ¶ 5. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion to Amend Complaint (Filing No. 23) is granted.
2. The plaintiffs shall have to **on or before July 25, 2005**, to file the amended complaint.

Dated this 15th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge