## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHY VIGNERI, and RAY VIGNERI, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV68 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| US BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Motion for Additional Time to Certify Case as a Class Action (Filing No. 35). The plaintiffs ask the court to extend the deadline for certifying this case as a class action from September 1, 2005, to November 1, 2005. The plaintiffs state the defendant does not oppose the extension. Upon consideration and for good cause shown the motion is granted as set forth below.

**IT IS ORDERED:**

1. The plaintiffs' Motion for Additional Time to Certify Case as a Class Action (Filing No. 35) is granted as set forth below. Paragraphs 6 and 7 of the Order Setting Schedule for Initial Progression of Case (Filing No. 10) are amended as follows:

   6) **Certifying Class Actions.** Any motion to certify this case as a class action shall be filed **not later than November 1, 2005**.

   7) **Planning Conference.** A <u>telephone</u> conference with the undersigned magistrate judge will be held on **November 18, 2005, at 9:00 a.m. Central Standard Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the telephone conference.

Dated this 17th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge