# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CATHY VIGNERI, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | 8:05CV68 |
| vs. ) | |
| ) | ORDER |
| **US BANK NATIONAL ASSOCIATION** ) | |
| ) | |
| **Defendant.** ) | |

Upon the oral request of counsel for the defendant and with said counsel's representation that no other party objects to the request, the **telephone** planning conference with the undersigned magistrate judge previously scheduled for November 18, 2005, at 9:00 a.m. is hereby **rescheduled to November 18, 2005, at 2:00 p.m.** Plaintiff's counsel shall initiate the telephone conference.

DATED this 10th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge