**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CATHY VIGNERI and RAY VIGNERI,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:05CV68** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **US BANK NATIONAL ASSOCIATION,** | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Third Party Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NATIONWIDE CREDIT, INC.,** | ) | |
| | ) | |
| **Third Party Defendant.** | ) | |

This matter is before the court on the motion of Joseph L. Vacca to withdraw as counsel for Nationwide Credit Inc. (Filing No. 51). Substitute counsel has entered an appearance. **See** Filing No. 53. The Court finds Mr. Vacca has shown good cause for his withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1.    The motion for leave to withdraw of Joseph L. Vacca as attorney for Nationwide Credit In. (Filing No. 51) is granted.

2.    The Clerk of Court shall stop all electronic notices to Mr. Vacca regarding this case.

DATED this 9th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge