# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHY VIGNERI and RAY VIGNERI,  )  <br>  ) <br> Plaintiffs,  ) <br>  ) <br> vs.  ) <br>  ) <br> US BANK NATIONAL ASSOCIATION,  ) <br>  ) <br> Defendant.  ) <br>  ) | **Case No.: 8:05-CV-68** <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

This matter is before the Court on the Plaintiff's Motion (Document No. 63) for an extension of time to respond to the defendant's Motion for Summary Judgment herein.

The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the motion for the extension of time to respond to the defendant's Motion for Summary Judgment should be granted.

IT IS THEREFORE ORDERED, that the Plaintiff is granted an extension of time from January 31, 2006, to March 1, 2006 to respond to the defendant's Motion for Summary Judgment.

Dated this 17th day of January, 2006

                         BY THE COURT:

                         s/ Joseph F. Bataillon
                         United States District Court Judge

PREPARED AND SUBMITTED BY:
William L. Reinbrecht, #20138
Car & Reinbrecht, P.C., L.L.O.
8720 Frederick Street, Suite 105
Omaha, NE 68124
(402) 391-8484 phone
(402) 391-1103 fax
Attorneys for Plaintiff