**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CATHY VIGNERI and RAY VIGNERI** | ) | |
| | ) | **8:05CV68** |
| **Plaintiffs,** | ) | |
| | ) | **ORDER PLACING** |
| **v.** | ) | **EXHIBITS  UNDER SEAL** |
| | ) | |
| **U.S. BANK NATIONAL ASSOCIATION,** | ) | |
| | ) | |
| **Defendant/Third-Party Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NATIONWIDE CREDIT, INC.** | ) | |
| | ) | |
| **Third-Party Defendant.** | ) | |

This matter is before the Court on the Joint Motion to Place Exhibits Filed in Support of Defendant U.S. Bank's Summary Judgment Motion Under Seal (Filing No. 74).  Based on the statements made by the Parties, and for good cause shown,

**IT IS ORDERED:**

1.      The Joint Motion to Place Exhibits Filed in Support of Defendant U.S. Bank's Summary Judgment Motion Under Seal (Filing No. 74) is granted.

2.      The Clerk shall forthwith place the Exhibits filed by U.S. Bank in support of its Motion for Summary Judgment (Filing No. 59) under seal.

Dated this 25th day of January, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge